IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-01-220 (1) |
| | § | C.A. No. C-05-373 |
| RONALD DALE HILTON, | § | |
| | § | |
| Defendant/Movant. | § | |

## **FINAL JUDGMENT**

The Court enters final judgment denying defendant Ronald Dale Hilton's motion to vacate,

set aside or correct sentence under 28 U.S.C. § 2255.


ORDERED this 19th day of September 2005.


_____
Janis Graham Jack
United States District Judge